Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff, David Carrillo

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

DAVID CARRILLO,                        CASE NO. C 22-01265 KAW

    Plaintiff,                     ORDER FOR DISMISSAL

vs.

HARTFORD LIFE
INSURANCE COMPANY,

    Defendant.
_____/

Plaintiff, David Carrillo, proposes that this matter be discontinued and dismissed with prejudice, since a full settlment of all issues has been reached prior to the Answer being filed.

Dated: May 5, 2022         Law Office of P. Randall Noah
                           By: /s/ P. Randall Noah
                           P. Randall Noah,
                           Attorney for plaintiff,
                           David Carrillo

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:  May 5, 2022      By: *[signature: Kandis Westmore]*
                         Judge United States District Court